# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1688
_____

SILAS KENDRICKS,

Appellant,

v.

DAWN A. HART,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Gloria R. Walker, Judge.

March 16, 2026

PER CURIAM.

DISMISSED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Silas Kendricks, pro se, Appellant.

James Uthmeier, Attorney General, and Claudia P. Humphrey, Assistant Attorney General, Tallahassee, for Appellee.